# United States Court of Appeals for the Federal Circuit

---

**COTTER CORP., N.S.L.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2023-1826

---

Appeal from the United States Court of Federal Claims in No. 1:22-cv-00414-DAT, Judge David A. Tapp.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED AND REMANDED**

FOR THE COURT

February 10, 2025
Date

Jarrett B. Perlow
Clerk of Court